L. Julius M. Turman (SBN 226126)
Email:   jturman@reedsmith.com
Philip J. Smith (SBN 232462)
Email:   psmith@reedsmith.com
Elizabeth J. Boca (SBN 255719)
Email:   eboca@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
ACCREDO HEALTH GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUE HANIGAN, AN INDIVIDUAL; AND SAMUEL VANCE, AN INDIVIDUAL;, <br><br> Plaintiffs, <br><br> vs. <br><br> ACCREDO HEALTH GROUP, INC., A DELAWARE CORPORATION, <br><br> Defendant. | Case No. CV 13 4827 JCS <br><br> **JOINT STIPULATION EXTENDING DEFENDANT ACCREDO HEALTH GROUP, INC.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> [Local Rule 6-1(a)] <br><br> Complaint filed: October 17, 2013 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1. Defendant Accredo Health Group, Inc. ("Accredo" or "Defendant") was served with Plaintiffs' Complaint on or about October 21, 2013;

2. Without this stipulation, the response of Accredo to the Complaint would be due on November 12, 2013;

3. Local Rule 6-1(a) allows the parties to stipulate to extend the time within which to respond to the complaint; and

4. Defendant wishes to extend the time within which Defendant will be required to respond to the Complaint so that it will have adequate time to review and respond to the Complaint.

5. The extension of Defendant's deadline to respond to the complaint will not alter the date of any event or any deadline already fixed by Court order.

**NOW THEREFORE**, the parties hereby stipulate as follows:

### STIPULATION

Defendant may have an additional 10 days, or until November 22, 2013, within which to respond to Plaintiffs' Complaint.

DATED: October 31, 2013                REED SMITH LLP


By: /s/ Philip J. Smith
    Attorneys for Defendant
    ACCREDO HEALTH GROUP, INC.


DATED: October 31, 2013                LAW OFFICES OF MICHAEL TRACY


By: /s/ Megan E. Ross
    Megan E. Ross
    Attorneys for Plaintiffs
    SUE HANIGAN and SAMUEL VANCE

Case No. CV 13 4827                – 2 –

JOINT STIPULATION EXTENDING TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT

# ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Philip J. Smith, am the ECF User whose identification and password are being used to file this JOINT STIPULATION EXTENDING DEFENDANT ACCREDO HEALTH GROUP INC.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: October 31, 2013

By: */s/ Philip J. Smith*
Attorneys for Defendant
ACCREDO HEALTH GROUP, INC.

Dated: 11/4/13



IT IS SO ORDERED
Judge Joseph C. Spero

Case No. CV 13 4827 — 3 —