1  Michael L. Tracy, ESQ., SBN 237779
   Megan E. Ross, ESQ., SBN 227776
2  LAW OFFICES OF MICHAEL TRACY
   2030 Main Street, Suite 1300
3  Irvine, CA  92614
   T: (949) 260-9171
4  F: (866) 365-3051

5  Attorneys for Plaintiffs
   SUE HANIGAN AND SAMUEL VANCE
6

7  L. Julius M. Turman (SBN 226126)
   Philip J. Smith (SBN 232462)
8  REED SMITH LLP
   101 Second Street
9  Suite 1800
   San Francisco, CA  94105-3659
10 Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
11
   Attorneys for Defendant
12 ACCREDO HEALTH GROUP, INC.

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                           OAKLAND DIVISION

16 | SUE HANIGAN, et al. | Civil Action No. CV 13 4827 SBA |
17 |                     |                                  |
   |         Plaintiff,  |                                  |
18 |                     | [PROPOSED] ORDER RE STIPULATION OF |
   |         vs.         | DISMISSAL WITH PREJUDICE         |
19 |                     |                                  |
   | ACCREDO HEALTH GROUP, INC., A |                         |
20 | DELAWARE CORPORATION, |                                 |
   |                     | Honorable Saundra Brown Armstrong |
21 |         Defendant.  |                                  |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

1  IT IS HEREBY ORDERED by and between Plaintiffs Sue Hanigan and Samuel Vance and
2  Defendant Accredo Health Group, Inc.., that the above-entitled action be dismissed with prejudice.
3  Each party shall bear its own attorneys' fees and costs.
4  IT IS SO ORDERED

By: *[signature: Saundra B. Armstrong]*
Hon. Saundra Brown Armstrong
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –
[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE